**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No.: 4:09-CR-4-SPM

KENNETH JAMES ALEXANDER,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

       PURSUANT TO the Report and Recommendation (doc. 20) of the United States Magistrate Judge William C. Sherrill, Jr., to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **KENNETH JAMES ALEXANDER**, to Counts One and Two of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

       DONE AND ORDERED this 20th day of March, 2009.

                                                    *s/ Stephan P. Mickle*
                                                    Stephan P. Mickle
                                                    United States District Judge